# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTURA MACIAS,<br><br>        Plaintiff,<br>   v.<br><br>LIBERTY LIFT SOLUTIONS, LLC,<br><br>        Defendant. | **Case No. 1:21-cv-00371 AWI JLT**<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br>**(Doc. 5)** |

Based upon the stipulation of the parties, the Court ORDERS:

1. The mandatory scheduling conference is CONTINUED to September 27, 2021 at 9:00 a.m.;

2. At least one week in advance, the parties SHALL file a joint scheduling conference report or a statement setting forth the status of the settlement efforts and whether they are prepared to proceed to scheduling the case.

IT IS SO ORDERED.

   Dated: **June 3, 2021**              **/s/ Jennifer L. Thurston**
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE