1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10
11

12    VENTURA MACIAS,                          Case No. 1:21-CV-00371-AWI-JLT
              Plaintiff,
                                               **ORDER AFTER NOTICE OF**
13        v.                                   **SETTLEMENT**

14    LIBERTY LIFT SOLUTIONS, LLC,             (Doc. 7)

15            Defendant.

16

17        The parties report that they have settled the matter and indicate they need time to finalize the

18    agreement. (Doc. 7) Thus, the Court **ORDERS**:

19        1.      The stipulation to dismiss the action **SHALL** be filed **no later than December 1,**

20    **2021**.

21        2.      All pending dates, conferences and hearings are **VACATED**.

22    **The parties are advised that failure to comply with this order may result in the Court imposing**

23    **sanctions, including the dismissal of the action.**

24

25    IT IS SO ORDERED.

26      Dated:    **September 20, 2021**                _ **/s/ Jennifer L. Thurston**
                                                 CHIEF UNITED STATES MAGISTRATE JUDGE
27

28