Joseph S. Farzam (SBN 210817)
joseph@farzamlaw.com
Henna H. Choi (SBN 306254)
henna@farzamlaw.com
**JOSEPH FARZAM LAW FIRM**
11766 Wilshire Blvd., Suite 280
Los Angeles, CA 90025
Telephone: (310) 226-6890
Facsimile: (310) 226-6891
E-service address: eservice-emp@farzamlaw.com

Attorneys for Plaintiff VENTURA MACIAS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTURA MACIAS, an Individual,<br><br>             Plaintiff,<br><br>      v.<br><br>LIBERTY LIFT SOLUTIONS, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No.:  1:21-CV-00371-AWI-JLT<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINE TO FILE STIPULATION TO DISMISS ACTION**<br><br>**(Doc. 9)** |

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING TIME TO FILE STIPULATION TO DISMISS ACTION

Plaintiff VENTURA MACIAS ("Plaintiff") and Defendant LIBERTY LIFT SOLUTIONS, LLC ("Defendant") hereby submit this Joint Stipulation and [Proposed] Continuing Deadline to File Stipulation to Dismiss Action:

WHEREAS, Plaintiff and Defendant (the "Parties") reached a settlement during mediation on September 14, 2021;

WHEREAS, on September 21, 2021, the Court approved the Joint Stipulation and [Proposed] Order to Continue Mandatory Scheduling Conference entered by and between Plaintiff and Defendant (the "Parties") and set a December 1, 2021, deadline for the Parties to file a stipulation to dismiss action;

WHEREAS, since September 16, 2021, the Parties have been negotiating the terms of the longform settlement agreement and still working on it;

WHEREAS, the Parties anticipate that the longform agreement will be finalized within the next couple of weeks and will need another 30 days thereafter to fulfill the Parties' obligations under the settlement agreement;

WHEREAS, in light of the Parties' agreement to settle this case, good cause exists to continue the deadline to file a stipulation to dismiss action by 60 days to January 24, 2022.

NOW THEREFORE, the Parties hereby stipulate and agree to continue the deadline to file a stipulation to dismiss action set for December 1, 2021, by 60 days to January 24, 2022.

Dated:    **JOSEPH FARZAM LAW FIRM**

Joseph S. Farzam
Henna H. Choi
Attorneys for Plaintiff Ventura Macias

Dated:

IRENE V. FITZGERALD
JULIE R. CAMPOS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
LIBERTY LIFT SOLUTIONS, LLC

# [~~PROPOSED~~] ORDER

On the stipulation of the Parties, and good cause appearing therefor, IT IS ORDERED that:

The stipulation to dismiss the action shall be filed no later than January 24, 2022.

IT IS SO ORDERED.

Dated:   **November 29, 2021**                                  **/s/ Jennifer L. Thurston**
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE